

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



**3999**

For:
Tara Bernstein, Esq.
Getman & Sweeney, PLLC
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370

Judge: Hon. Barbara S. Jones, U.S.D.J.
Index No.: 08 CV 11182
Date Index Number Purchased: 12/23/2008

| | |
|---|---|
| PLAINTIFF(S): | JOHN GREEN, both individually and on behalf of all other similarly situated persons |
| DEFENDANT(S): | SUPER RUNNERS MANAGEMENT, INC., et al. |

STATE OF NEW YORK
COUNTY OF SUFFOLK        ss.:

**Howard Ettinger**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On 01/14/2009 at 8:55 AM, I served the within **Summons in a Civil Action and Class & Collective Action Complaint** on **Super Runners Management, Inc.** at 355 New York Avenue, Huntington, NY 11743 in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Alan Oman, MANAGER** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Super Runners Management, Inc.**, and the recipient responded in the affirmative. The index number and date of filing were endorsed on the face of the document(s) served.

Comments: **Signature of recipient on file.**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK / GRAY | 60 | 5'10" - 6'0" | 161-190 lb. |
| Other Features: GLASSES | | | | | |

Sworn to and subscribed before me on
_____ , 20 __
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC

X _____
Howard Ettinger
Due Process Attorney Services
150 Main Street
Post Office Box 847
East Setauket, NY 11733
(631) 689-3801
Atty File#: GREEN

PATRICK J. PRENDERGAST
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PR5011185
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES 4/12/20__