Attachment "C"

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY  FILED                │
│ DOC #: _____                │
│ DATE FILED: 7/24/09                  │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JOHN GREEN, ET AL.,

          Plaintiff,

      -against-

SUPER RUNNERS MANAGEMENT, INC. ET AL.

          Defendants.
----------------------------------------------------------------x

**STIPULATION OF
DISMISSAL**

08-cv-11182 (BSJ)(KNF)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties,

that the above-captioned action is voluntarily dismissed in all respects with prejudice and without

costs or attorney's fees to either party.  The parties acknowledge that this action did not raise

claims regarding plaintiffs' separation from employment with defendants, and that Mr. Green is

not relinquishing, waiving, or dismissing any such claims.

Dated: New York, New York
     July 23 , 2009

GETMAN & SWEENEY, PLLC,
Attorney for Plaintiffs

By: _____
    Michael J.D. Sweeney
    9 Paradies Lane
    New Paltz, New York 12561
    (845) 255-9370

CLIFTON BUDD & DeMARIA, LLP
Attorneys for Defendants

By: _____
    George P. Brenlla ( GB-9612 )
    420 Lexington Avenue
    New York, New York 10170
    (212) 687-7410

So Ordered:

_____
United States District Judge

7 | 24 | 09

12